UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **IN RE: ASHLEY NICOLE GRECO**<br><br>Debtor(s) | **Case No.: 15-43193-13** |

### OBJECTION TO CLAIM NO. 17 OF BMW BANK OF NORTH AMERICA

Comes now Movant the Debtor, Ashley N. Greco, and hereby objects to the Proof of Claim filed by creditor, BMW Bank of North America, in the amount of $25,355.71, on 2/16/16. The court claim number is 17.

PURSUANT TO LOCAL RULE 3007-1 (C), THE CLAIMANT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE. THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED. IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING. IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM. PARTIES NOT REPRESENTED BY AN ATTORNEY SHALL MAIL A RESPONSE TO THE COURT AT THE ADDRESS BELOW. DEBTOR(S) NOT REPRESENTED BY AN ATTORNEY MUST BE SERVED A COPY OF THE RESPONSE BY MAIL.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☐ The deadline for filing proofs of claim expired prior to the filing of the claim, so the claim should be disallowed in its entirety. (Not applicable in Chapter 7)

☐ The claim should be disallowed entirely because _____.

☒ The claim should instead be allowed as a wholly unsecured claim in the amount of $25,355.71 because the claimant has failed to show it has a properly perfected security interest pursuant to FRBP 3001(d). Claimant filed a copy of a certificate of title for the alleged collateral underlying its supposed security agreement. However, the certificate of title does not list BMW Bank of North America as a lienholder on the vehicle. Therefore BMW Bank of North America does not have a perfected security interest.

☐ The claim should instead be allowed as secured in the amount of $_____ and unsecured in the amount of $_____ because _____.

☐ Other: _____

Dated: March 18, 2016     Respectfully submitted,

**LAWSON LAW CENTER LLC**

/s/ Steven A. Shepherd
Terry L. Lawson, Jr. MO #53203
Steven A. Shepherd MO #66222
700 E. 8th Street, Suite 300
Kansas City, MO 64106
816-802-6677
816-816-6678 fax
terry@llckc.com & steve@llckc.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on the following parties via ECF where available and sent via U.S. Mail, postage prepaid, on March 18, 2016.

BMW Bank of North America
PO Box 201347
Arlington, TX 76006
NOTICE ADDRESS OF CREDITOR ON PROOF OF CLAIM

Scott Beauchamp, Paralegal
Ascension Capital Group
PO Box 201347
Arlington, TX 76006
ADDRESS OF PROOF OF CLAIM SIGNATORY

Attn: BMW Bank of North America Department
Ascension Capital Group
Account: XXXXX1586
P.O. Box 201347
Arlington, TX 76006
ADDRESS OF CREDITOR ON REQUEST FOR NOTICES

Office of the United States Trustee
400 E. 9th St. Rm. 3440
Kansas City, MO 64106

Richard V. Fink, Ch. 13 Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108-2663

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

/s/ Steven A. Shepherd
ATTORNEY FOR DEBTOR